In the Matter of the Claim of LUIS HERNANDEZ, Respondent, against HARRY WEINSTOCK et al., Appellants, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.

(Submitted May 22, 1933; decided May 31, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 702.)